IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., | ) | CV 15-00480 DKW-BMK |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING |
| | ) | MAGISTRATE JUDGE'S |
| vs. | ) | FINDINGS AND |
| | ) | RECOMMENDATION |
| JEFFREY GOFF HAGAN, JOHN DOES 1-20; JANE DOES 1-20 AND DOE ENTITIES, ET AL. | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on January 15, 2016, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendations to Grant Plaintiff's Motion to Remand Action Removed From the Circuit Court of The Third Circuit, State of Hawaii (DOC. 7) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: February 3, 2016 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge